|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SHERYL MCGRADY, | ) | Case No.: C- 05-5001    PVT |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BASED ON PLAINTIFF'S FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| ACB AMERICAN, INC., RANDALL DUNN, and DALTON VANN | ) | |
| Defendants. | ) | |

A Case Management Conference was scheduled in this matter for August 1, 2006. Plaintiff failed to appear for at the Case Management Conference. Plaintiff filed a case management conference statement stating Defendants in this action are also Defendants in *Trevino and Rios v. ACB American, Inc., et al.,* C05-00239 (JF) (the "Trevino action"). Plaintiff asserted that the parties in the Trevino action have reached a tentative class settlement that would include relief for the proposed class in this action. Plaintiff indicated an intent to file a request to have this action consolidated with the Trevino action no later than July 28, 2006. Plaintiff did not file a request for consolidation. Additionally, Plaintiff neither sought nor obtained a continuance of the case management conference. Therefore,

IT IS HEREBY ORDERED that, no later than September 5, 2006, Plaintiff shall file a

1  declaration stating why this case should not be dismissed for failure to prosecute based on
2  Plaintiff's failure to appear at the Case Management Conference.

4  Dated: August 1, 2006

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*