UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SHERYL MCGRADY, | ) | Case No.: C- 05-5001    PVT |
| Plaintiff, | ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE** |
| v. | ) | |
| ACB AMERICAN, INC., RANDALL DUNN, and DALTON VANN | ) | |
| Defendants. | ) | |

On August 1, 2006, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute Based on Plaintiff's Failure to Appear at Case Management Conference. On September 5, 2006, Plaintiff's counsel timely filed a response to the Order to Show Cause explaining and apologizing for his inadvertent failure to appear at the Case Management Conference. Therefore,

IT IS HEREBY ORDERED that:

1. The Order to Show Cause is Dissolved; and

2. Any future failure to appear by Mr. Wilcox shall result in sanctions.

Dated: September 8, 2006

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*